### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

|  |  |  |
|---|---|---|
| ANDREW NEILSON | ) | |
| | ) | **CASE NO. 3:10-CV-1516-AC** |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | **TEMPORARY RESTRAINING ORDER** |
| WELLS FARGO BANK, NA, | ) | |
| NORTHWEST TRUSTEE SERVICES, INC., | ) | |
| Mortgage Electronic Registration Systems, Inc | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |
| | ) | |

On December 15, 2010 Plaintiff's Motion for a Temporary Restraining Order came on

for hearing before The Honorable Michael W. Mosman. Plaintiff appeared personally and

through his attorney, John P. Manning, and Defendants did not appear. After hearing the

statements of counsel and having reviewed the pleadings, and the Court being fully

TEMPORARY RESTRAINING ORDER - 1

informed in the premises, and the Court finding that the Plaintiff will most likely prevail on the merits of the First Claim of Relief, MERS Had No Right to Assign the Deed of Trust and the Second Claim, Fraud, and that Plaintiff would suffer irreparable harm, the loss of his home, if a temporary restraining was not to be issued:

IT IS HEREBY ORDERED AND ADJUDGED:

1. A Temporary Restraining Order is issued restraining the foreclosure sale currently scheduled for December 16, 2010 on Plaintiff's real property located at 12010 SE Winston Road, Damascus, Oregon 97089.

2. A hearing on Plaintiff's Motion for a Preliminary Injunction is set for January 3, 2011, at 2:00 p.m.

3. Plaintiff shall post a bond equal to the monthly mortgage payment in the amount of $ 2,744.37.

Dated this __15__ day of December, 2010.

_____
Michael W. Mosman
District Court Judge

TEMPORARY RESTRAINING ORDER - 2